JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 23-00732-CJC (SHK)                                   Date: March 29, 2023

Title: <u>KEVIN ALLESEE V. WILLIAM QUON ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                                   <u>     N/A     </u>
Deputy Clerk                                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On February 8, 2023, the Court ordered Plaintiff within thirty days to submit further information so that the Court could rule on Plaintiff's request to proceed *in forma pauperis* and instructed Plaintiff that failure to respond in a timely manner may result in a dismissal. (*See* Dkt. 6.) More than thirty days have passed, and Plaintiff has not submitted that information. Though that may be true because the copy of the order mailed to Plaintiff was returned to the Clerk's Office as undeliverable, (Dkt. 7; Dkt. 8), the Court has no other address on file for Plaintiff. This action is, therefore, **DISMISSED WITHOUT PREJUDICE**.

jso

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk RRP