JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLESEE, <br><br> Plaintiff, <br><br> WILLIAM QUON, et al., <br><br> Defendants. | Case No. 2:23-cv-00732-CJC-HK <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Complaint,

IT IS HEREBY ADJUDGED that this case is DISMISSED with prejudice.

Dated: October 23, 2023

HON. CORMAC J. CARNEY
United States District Judge